| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMAS, CLARENCE | 2. Court or Organization<br><br>SUPREME COURT OF THE UNITED STATES | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE<br>UNITED STATES | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF THE UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D. C. 20543 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Horatio Alger Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/26/17 | Geoge Mason University Scalia Law School - teaching | $12,000.00 |
| 2. 1/30/17 | Creighton Law School - teaching | $10,000.00 |
| 3. 9/17/17 | George Washington University School of Law - teaching | $5,765.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | The Daily Caller - salary |
| 2. 2017 | Liberty Consulting, Inc. - salary and benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 2/11/2017 | New Haven, CT | Guest speaker | Transportation, meals, and lodging |
| 2. | Bar Association of Metropolitan St. Louis | 5/11/2017 | St. Louis, MO | Guest speaker | Transportation, meals, and lodging |
| 3. | McLennan Community College | 9/6-7/2017 | Waco, TX | Guest speaker | Transportation, meals, and lodging |
| 4. | | | | | |
| 5. | | | | | |

6. _____ _____ _____ _____ _____

7. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONY Flexible Premium Adjustable Life n/ k/a AXA Universal Life Policy | B | Dividend | L | T | | | | | |
| 2. MONY Whole - n/k/a/ AXA Universal Life Policy | C | Dividend | M | T | | | | | |
| 3. TD AmeriTrade, IRA (H) | | | | | | | | | |
| 4. - TD AmeriTrade REIT | A | Dividend | J | T | | | | | |
| 5. - TD AmeriTrade Money Market Account | A | Interest | J | T | | | | | |
| 6. SunAmerica Focused Alpha Growth C1 A | A | Dividend | J | T | | | | | |
| 7. SunAmerica Focused Alpha Large-Cap C1 A | | None | J | T | | | | | |
| 8. Wells Fargo CD | A | Interest | J | T | | | | | |
| 9. Ginger, LTD., Partnership | E | Rent | N | W | | | | | |
| 10. Spouses Investments Below | | | | | | | | | |
| 11. ETFS Gold Trust (SGOL) - Earned no income during 2017 | | None | | | Sold | 01/12/17 | J | A | |
| 12. Europacific Growth Fund (AEPGX) | | None | | | Sold | 03/2/17 | K | B | |
| 13. Capital World Growth & Income (CWGIX) | D | Dividend | L | T | Buy | 03/02/17 | K | | |
| 14. Delaware Emerging Markets Equity (DEMAX) | A | Dividend | K | T | | | | | |
| 15. Franklin Gold & Precious Metals (FKRCX) | | None | | | Sold | 01/12/17 | K | A | |
| 16. Franklin Balanced Class A (FBLAX) | D | Dividend | M | T | Buy | 01/12/17 | M | | |
| 17. Ivy Energy A (IEYAX) | | None | | | Sold | 01/12/17 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton China World (TCWAX) | | None | | | Sold | 01/12/17 | K | A | |
| 19. Wisdomtree Emerging Markets Equity (DEM) | | None | | | Sold | 03/02/17 | J | A | |
| 20. SPDR Gold Trust Gold Shares (GLD) Earned no income during 2017 | | None | J | T | | | | | |
| 21. iShares Silver Trust (SLV) - Earned no income during 2017 | | None | J | T | | | | | |
| 22. Wisdomtree Trust Emerging Markets (ELD) | | None | | | Sold | 01/12/17 | K | A | |
| 23. Vanguard Short Term Corporate Bond ETF (VCSH) | A | Dividend | | | Sold | 03/02/17 | K | A | |
| 24. Franklin Templeton Hard Currency (ICPHX) -Earned no income during 2017 | | None | | | Sold | 01/12/17 | L | A | |
| 25. Federated Fund Prime Cash Trust | A | Dividend | J | T | | | | | |
| 26. Davenport Core Fund (DAVPX) | A | Dividend | J | T | Buy | 03/02/17 | J | | |
| 27. Davenport Equity Opportunities Fund (DEOPX) | | None | | | Sold | 03/03/17 | J | A | |
| 28. Davenport Small Cap Focus Fund (DSCPX) | A | Dividend | K | T | Buy | 03/02/17 | J | | |
| 29. Davenport Value & Income Fund | | None | | | Buy | 01/12/17 | J | | |
| 30. Davenport Value & Income Fund | | None | | | Sold | 03/02/17 | K | D | |
| 31. Davenport Balanced Income Fund (DBALX) | C | Dividend | M | T | Buy | 01/12/17 | K | | |
| 32. Liberty Consulting, Inc. | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 7: Small distribution. No income earned.

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **CLARENCE THOMAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544